**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————————

**No. 09-8109**

———————————

JAMES D. TINSLEY,

                    Plaintiff – Appellant,

          v.

SHERIFF RICK DAVIS; CAPTAIN GILBERT; COUNTY ADMINISTRATOR
STEVE WYATT; COUNTY OF HENDERSON, N.C.,

                    Defendants – Appellees.

———————————

Appeal from the United States District Court for the Western
District of North Carolina, at Asheville.  Graham C. Mullen,
Senior District Judge.  (1:09-cv-00379-GCM)

———————————

Submitted:  April 13, 2010            Decided:  May 12, 2010

———————————

Before TRAXLER, Chief Judge, and NIEMEYER and KING, Circuit
Judges.

———————————

Affirmed by unpublished per curiam opinion.

———————————

James D. Tinsley, Appellant Pro Se.

———————————

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

James D. Tinsley appeals the district court's orders dismissing his 42 U.S.C. § 1983 (2006) complaint and denying his motion for reconsideration. We have reviewed the record and find no reversible error. Accordingly, we affirm the district court's orders. Tinsley v. Sheriff Rick Davis, No. 1:09-cv-00379-GCM (W.D.N.C. Oct. 13, 2009; Oct. 30, 2009). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED